NO. 07-09-0044-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL B

FEBRUARY 20, 2009
_____

SARA ANN CONTRERAS,

Appellant

V.

TAKISHA SHAWAN SHELBY,

Appellee

_____

FROM THE 99th DISTRICT COURT OF LUBBOCK COUNTY;

NO. 2007-538,678; HONORABLE WILLIAM C. SOWDER, PRESIDING
_____

*ORDER DISMISSING APPEAL*
_____

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

Appellant, by and through her attorney, has filed a motion to dismiss. Without passing on the merits of the case, we grant the motion pursuant to Texas Rule of Appellate Procedure 42.1(a)(1) and dismiss the appeal. Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

Brian Quinn
Chief Justice